UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

TYLER DUNKIN, *as Administrator of the Estate of* :
*Douglas Dunkin, Deceased, and in his own right,* :
         Plaintiff, :
          :
    v. : No.   5:22-cv-2969
          :
D.F. CHASE, INC., et al., :
         Defendants. :

**O R D E R**

**AND NOW**, this 2nd day of September, 2022, upon consideration of Defendants' Motion to Transfer, ECF No. 8, Plaintiff's response thereto, ECF No. 15, and Defendants' reply in support, ECF No. 19, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion, ECF No. 8, is **GRANTED**.

2. The Clerk of Court is directed to **TRANSFER** this matter to the Middle District of Pennsylvania

3. The above-captioned action is **CLOSED**.

         BY THE COURT:

         */s/ Joseph F. Leeson, Jr.*
         JOSEPH F. LEESON, JR.
         United States District Judge